```
                                              U.S. DISTRICT COURT
                                              DISTRICT OF VERMONT
          UNITED STATES DISTRICT COURT                FILED
                    FOR THE
           DISTRICT OF VERMONT                2014 JAN 28 PM 12: 55

                                                    CLERK
                                              BY_____
                                                   DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Docket No. 2:13-CR-99-1 |
| ) | |
| REBECCA RAY, ) | |
|     Defendant. ) | |

### NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the District of Vermont hereby dismisses the Indictment against Rebecca Ray, the defendant, with prejudice, in the above-captioned case. The defendant is being prosecuted in State court.

Dated at Burlington, in the District of Vermont, this 28th day of January, 2014.

Respectfully submitted,

UNITED STATES OF AMERICA

TRISTRAM J. COFFIN
United States Attorney

By: /s/ Paul J. Van de Graaf

PAUL J. VAN DE GRAAF
First Assistant and Criminal Chief
P.O. Box 570
Burlington VT 05402-0570
(802) 951-6725
Paul.Van.De.Graaf@usdoj.gov

Leave of Court is granted for the filing of the foregoing dismissal and the Indictment is hereby dismissed.

Dated at Burlington, in the District of Vermont, this __28__ day of January, 2014.

/s/ William K. Sessions III
_____
William K. Sessions III
U.S. District Judge